Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

## for the

Southern District of Georgia

Savannah Division

| | |
|---|---|
| Justin Oltmanns | Case No. CV421 062 |
| | (to be filled in by the Clerk's Office) |

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

International Longshoreman Association Local 1475,
its officers, representatives and members

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

# COMPLAINT AND REQUEST FOR INJUNCTION

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Justin Oltmanns |
| Street Address | 83 Brigham Dr |
| City and County | Richmond Hill, GA |
| State and Zip Code | 31324 |
| Telephone Number | 9047189050 |
| E-mail Address | atfsmetalworxfl@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

b.      If the defendant is a corporation

The defendant, *(name)* ILA Local 1475 , is incorporated under

the laws of the State of *(name)* Georgia , and has its

principal place of business in the State of *(name)* Georgia .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

ILA Local 1475 has intentionally mislead myself and others in representational matters and has caused damages in regards to lost wages and a failure to dispatch workers in a fair and impartial manner. These actions far exceed $75,000 and can only be calculated after discovery.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

The events took place in Chatham County, Georgia

B.      What date and approximate time did the events giving rise to your claim(s) occur?

These events have taken place over the past 6 months and continue to take place on a daily basis.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.      What are the facts underlying your claim(s)? *(For example: What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

**Please see attached**

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

ILA Local 1475's actions are occuring daily and we have been told by the NLRB it is virtually impossible to calculate damages due to the complex dispatch system. If these actions are not stopped immediately many workers including myself will continue to be refused proper job opportunities and will not only lose money but hours and contributions towards pension, benefits and retirement. every day the Local continues to violate its hiring hall rules and dispatches non seniority workers ahead of workers who hold seniority within the Local.

## V.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**Please see attached**

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          03/02/2021

Signature of Plaintiff

Printed Name of Plaintiff      Justin Edward Oltmanns

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Attachment for 3., C

a., Local 1475 has retaliated against me for engaging in Protected/Concerted activity.

b., ILA Local 1475 has intentionally misrepresented myself and other Deck and Dock workers.

c., ILA Local 1475 has refused to bargain in good faith with regards to Deck and Dock workers.

d., ILA Local 1475 has arbitrarily enforced hiring hall rules to the detriment of myself and others.

e., ILA Local 1475 has on numerous occasions refused employment to individuals contrary to the hiring hall rules.

f., ILA Local 1475 has engaged in a pattern of coercion forcing workers to sign away their rights in order to work all jobs. this action is targeted at a minority within the local.

g., ILA Local 1475 has suspended my membership and refused me the right to engage in collective bargaining.

h., ILA Local 1475 officers and representatives have intentionally misled the membership, NLRB and Federal courts in numerous cases regarding these issues over the past several years.

i., ILA Local 1475 has refused to properly dispatch workers in a fair and impartial manner.

j., ILA Local 1475 has engaged in a pattern of dishonesty and nepotism in regards to job referrals.

Attachment V., Relief

a., I hereby ask the court to immediately stop ILA Local 1475 from hiring "street list' individuals ahead of any seniority worker of the local.

b., I hereby ask the court to grant an immediate stay of my suspension of membership by the local union.

c., I hereby ask the court to grant any all damages it finds the local has caused to any worker affected by its arbitrary and capricious hiring hall dispatches.

d., I hereby ask the court to grant the return of all local dues paid by Deck and Dock workers as these workers have been coerced into joining the local and have had virtually no representation in many instances.

e., I hereby ask the court to investigate the actions of ILA Local 1475 in regards to its arbitrary treatment of workers performing Deck and Dock work.

f., I hereby ask the court to require ILA Local 1475 to enforce its local, district and master contracts in there entirety and to require the local to follow all hiring hall rules in a fair and impartial manner.

g., I hereby ask the court to determine any damages ILA Local 1475 has caused myself and others for retaliation for engaging in Protected/Concerted activities.

1) CASE NUMBER: _____

2) TITLE OF THE CASE: _Justin Oltmanns    V   I.L.A. Local 1475_

3) PLEADING BEING SUBMITTED:

_Complaint and Request for Injuction_

4) YOUR NAME AND ADDRESS: _Justin Oltmanns_

_83 Brigham Dr. Richmond Hill, GA 31324_

_____

5) PHONE NUMBER: _904 - 718 - 9050_

6) DATE: _03 - 02 - 21_

***PLEASE ATTACH THIS FORM TO YOUR PLEADING AND PLACE IT IN THE DROP BOX***