IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JUSTIN OLTMANNS,              )
                              )
     Plaintiff,               )
                              )
v.                            )   CASE NO. CV421-062
                              )
INTERNATIONAL LONGSHOREMAN    )
ASSOCIATION LOCAL 1475,       )
Its officers, representatives,)
and members,                  )
                              )
     Defendant.               )
_____)

## O R D E R

Before the Court is the Magistrate Judge's April 14, 2021, Report and Recommendation (Doc. 4), to which Plaintiff has not filed objections. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED** this 24th day of June 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA